# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:25-cv-22644-GAYLES

ROBERTO CHAVEZ BARRIOS,

      Petitioner,

v.

GARRETT J. RIPA, in his official capacity as
Director of Miami Field Office, U.S.
Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as
Acting Director of U.S. Immigration and
Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the U.S.
Department of Homeland Security; U.S.
DEPARTMENT OF HOMELAND
SECURITY; and U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Respondents.

_____/

## ORDER STAYING REMOVAL

**THIS CAUSE** is before the Court on Petitioner's Notice of Emergency Motion for

Temporary Restraining and the Memorandum of Law in Support (the "Motion") [ECF Nos. 10,

10-1]. In his Petition for Writ of Habeas Corpus and Complaint (the "Petition"), [ECF No. 1],

Petitioner Roberto Chavez Barrios ("Plaintiff") asserts that Respondent U.S. Immigration and

Customs Enforcement ("ICE") revoked his Order of Supervision ("OSUP") while his immigration

proceedings are pending. Petitioner is currently in ICE custody. He alleges that the revocation of

his OSUP violated, *inter alia*, ICE's regulations regarding the revocation of OSUPs and the

Immigration and Nationality Act, the Administrative Procedure Act, the Rehabilitation Act, and

1

the Fifth Amendment of the U.S. Constitution. In addition, Petitioner maintains that on March 24, 2025, he was granted deferral of removal by an immigration judge under the Convention Against Torture, and that Respondents' appeal of that deferral is pending before the Board of Immigration Appeals ("BIA").

Petitioner now seeks to enjoin Respondents from transferring him out of the Southern District of Florida and from removal from the United States until the Court adjudicates his Petition. Given the complex legal questions and special circumstances raised in the Petition, including Petitioner's potential imminent removal, the Court finds that a short stay of removal is warranted pending a response from the Respondents and a subsequent hearing on the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      Petitioner's Removal shall be **STAYED** until Respondents respond to the Motion and Petition and the Court holds a hearing.

2.      Respondents shall file a response to the Motion on or before June 18, 2025.

3.      Respondents shall keep the Petitioner within the Southern District of Florida, or return him to the Southern District of Florida if he's been removed, until further order of the Court and shall provide Petitioner with reasonable access to his attorneys.

4.      Respondents and all their respective officers, agents, servants, employees, attorneys, and persons acting in concert or participation with them are immediately **ENJOINED** from deporting Petitioner until the Court issues a ruling on the Motion.

5.      Petitioner shall not be required to post a bond.

6.      This Order is effective immediately and shall remain in effect through 11:59 p.m. on June 23, 2025.

7.      The parties shall appear before this Court on June 23, 2025, at 11:30 a.m. (Eastern Time), before Judge Darrin P. Gayles at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida, to address the Motion. The Court will consider extending this Order and rescheduling the hearing upon a showing of good cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of June, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE