UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ROBERTO CHAVEZ BARRIOS,**<br><br>Petitioner,<br><br>v.<br><br>**GARRETT J. RIPA**, in his official capacity as Director of Miami Field Office, U.S. Immigration and Customs Enforcement; **TODD LYONS**, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; **KRISTI NOEM**, in her official capacity as Secretary of the U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,**<br><br>Respondents. | Case No. 1:25-cv-22644-DPG |

## ORDER

**THIS CAUSE** comes before the Court upon review of the Petitioner's Motion for Order to Show Cause. [ECF No. 11]. Having carefully considered the motion, the pertinent portion of the record, and being otherwise fully advised of the premises, it is **ORDERED** that the motion shall be granted. Counsel for the Petitioner is directed to serve the Petition for Writ of Habeas Corpus and Complaint, along with a copy of this Order, upon the Civil Division of the United States Attorney's Office for the Southern District of Florida. Following service, the Respondents shall "make a return certifying the true cause of the [Petitioner's] detention," 28 U.S.C. § 2243, within five days. The Petitioner may file a traverse within five days.

- 2 -

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 12, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record